IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | No. 3-10-0861 |
| | ) | |
| v. | ) | |
| | ) | |
| GREGG APPLIANCE, INC. | ) | |

O R D E R

The defendant's motion for teleconference (Docket Entry No. 46) is GRANTED.

A telephone conference call with counsel for the parties and the Court is scheduled on **Monday, July 11, 2011, at 11:00 a.m.,** to be initiated by defendant's counsel, to address supplementation of the plaintiff's responses to the defendant's interrogatories and requests for production of documents.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge